# United States Court of Appeals for the Federal Circuit

———————————

**ERRATA**

August 16, 2012

———————————

2011-1319

———————————

NORMAN G. JENSEN, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

———————————

Decided August 10, 2012
Precedential Opinion

———————————

Please make the following changes:

Page 2, correction of

"<u>Sidney N. Weis</u>, Hitachi Home Electronics (America), Inc., of New York, New York." to "<u>Sidney N. Weiss</u>, Sidney N. Weiss Attorney at Law, of New York, New York, for amicus curiae Hitachi Home Electronics (America), Inc."